# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINTING PACKAGING & PRODUCTION WORKERS UNION OF NORTH AMERICA,<br><br>DISTRICT COUNCIL 2, PRINTING PACKAGING & PRODUCTION WORKERS UNION OF NORTH AMERICA,<br><br>*and*<br><br>DISTRICT COUNCIL 3, PRINTING PACKAGING & PRODUCTION WORKERS UNION OF NORTH AMERICA,<br><br>        Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>        Defendant. | Case No. 23-cv-1872-TJK |

## JOINT STATUS REPORT

      Pursuant to the Court's Minute Order dated August 30, 2024, the parties submit this Joint Status Report. The parties are continuing productive discussions that may potentially resolve all of their pending disputes. The parties propose to provide a further update regarding the status of their discussions within fourteen (14) days.

Date:  September 12, 2024

Respectfully submitted

/s/ Steven F. Benz
Steven F. Benz (D.C. Bar No. 428026)
Mark P. Hirschboeck (D.C. Bar No. 1618827)
Kyle M. Wood (*pro hac vice*)
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
sbenz@kellogghansen.com
mhirschboeck@kellogghansen.com
kwood@kellogghansen.com

*Counsel for Plaintiffs*

/s/ Michael A. Feinberg
Michael A. Feinberg, Esq.
Bar ID MA0041
Feinberg, Dumont & Brennan
177 Milk Street, Suite 300
Boston, MA 02109
Tel: (617) 338-1976
Fax: (617) 338-7070
maf@fdb-law.com

*Counsel for Defendant International Brotherhood of Teamsters*