# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINTING PACKAGING & PRODUCTION WORKERS UNION OF NORTH AMERICA,<br><br>DISTRICT COUNCIL 2, PRINTING PACKAGING & PRODUCTION WORKERS UNION OF NORTH AMERICA,<br><br>*and*<br><br>DISTRICT COUNCIL 3, PRINTING PACKAGING & PRODUCTION WORKERS UNION OF NORTH AMERICA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>　　　　Defendant. | Case No. 23-cv-1872-TJK |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated September 13, 2024, the parties submit this Joint Status Report. The parties have reached an agreement in principle and plan to seek appropriate relief, including Defendant IBT's dismissal of its pending counterclaim, on or before October 4, 2024.

Date:  September 26, 2024　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　　　　/s/ Steven F. Benz
　　　　　　　　　　　　　　　　　　　　　　Steven F. Benz (D.C. Bar No. 428026)
　　　　　　　　　　　　　　　　　　　　　　Mark P. Hirschboeck (D.C. Bar No. 1618827)
　　　　　　　　　　　　　　　　　　　　　　Kyle M. Wood (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　KELLOGG, HANSEN, TODD,
　　　　　　　　　　　　　　　　　　　　　　　 FIGEL & FREDERICK, P.L.L.C.
　　　　　　　　　　　　　　　　　　　　　　1615 M Street, N.W., Suite 400
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 326-7900
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 326-7999
　　　　　　　　　　　　　　　　　　　　　　sbenz@kellogghansen.com
　　　　　　　　　　　　　　　　　　　　　　mhirschboeck@kellogghansen.com
　　　　　　　　　　　　　　　　　　　　　　kwood@kellogghansen.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael A. Feinberg
　　　　　　　　　　　　　　　　　　　　　　Michael A. Feinberg, Esq.
　　　　　　　　　　　　　　　　　　　　　　Bar ID MA0041
　　　　　　　　　　　　　　　　　　　　　　Feinberg, Dumont & Brennan
　　　　　　　　　　　　　　　　　　　　　　177 Milk Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　Tel: (617) 338-1976
　　　　　　　　　　　　　　　　　　　　　　Fax: (617) 338-7070
　　　　　　　　　　　　　　　　　　　　　　maf@fdb-law.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant International*
　　　　　　　　　　　　　　　　　　　　　　*Brotherhood of Teamsters*