UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRINTING PACKAGING & PRODUCTION WORKERS UNION OF NORTH AMERICA,

DISTRICT COUNCIL 2, PRINTING PACKAGING & PRODUCTION WORKERS UNION OF NORTH AMERICA,

*and*

DISTRICT COUNCIL 3, PRINTING PACKAGING & PRODUCTION WORKERS UNION OF NORTH AMERICA,

      Plaintiffs,

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

      Defendant.

Case No. 23-cv-1872-TJK

## ORDER AND FINAL JUDGMENT

Upon consideration of the Parties' Joint Motion for Voluntary Dismissal and Entry of Final Judgment, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant's counterclaim is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(c), final judgment is entered in favor of Plaintiffs, and this Court will retain jurisdiction in this case to provide such further relief as might be necessary to effectuate the permanent injunction and declaratory judgment previously entered by the Court. *See* Memorandum Opinion and Order, ECF Nos. 30 & 31 (Aug. 15, 2024).

The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rule of Civil Procedure. The parties shall bear their own costs.

**SO ORDERED.**

Date: __10/7/24__  

_____
TIMOTHY J. KELLY
United States District Court Judge